### No. 09-9638. Charles Bruce Thomas, Petitioner v. United States.

559 U.S. 1064, 130 S. Ct. 2127, 176 L. Ed. 2d 719, 2010 U.S. LEXIS 3198.

April 19, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit dismissed. See Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in non-criminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and petition submitted in compliance with Rule 33.1. See Martin v. District of Columbia Court of Appeals, 506 U.S. 1, 113 S. Ct. 397, 121 L. Ed. 2d 305 (1992) (per curiam). Justice Stevens dissents. See id., at 4, 113 S. Ct. 397, 121 L. Ed. 2d 305, and cases cited therein.

### No. 09A839. New York, Applicant v. Darrell Williams, et al.

559 U.S. 1065, 130 S. Ct. 2138, 176 L. Ed. 2d 719, 2010 U.S. LEXIS 3452.

April 19, 2010. Application for stay, addressed to Justice Alito and referred to the Court, denied.

### No. 09M85. Howard L. Thompson, Petitioner v. Florida (two judgments).

559 U.S. 1065, 130 S. Ct. 2138, 176 L. Ed. 2d 719, 2010 U.S. LEXIS 3296.

April 19, 2010. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

### No. 09-150. Michigan, Petitioner v. Richard Perry Bryant.

559 U.S. 1065, 130 S. Ct. 2138, 176 L. Ed. 2d 719, 2010 U.S. LEXIS 3456.

April 19, 2010. Motion of respondent for appointment of counsel granted. Peter Jon Van Hoek, Esquire, of Detroit, Michigan, is appointed to serve as counsel for the respondent in this case.

### No. 09-559. John Doe #1, et al., Petitioners v. Sam Reed, Washington Secretary of State, et al.

559 U.S. 1065, 130 S. Ct. 2138, 176 L. Ed. 2d 719, 2010 U.S. LEXIS 3385.

April 19, 2010. Motion of American Business Media, et al. for leave to file a brief as amici curiae out of time granted.

### No. 09-944. Placer Dome, Inc., et al., Petitioners v. Provincial Government of Marinduque, Republic of the Philippines.

559 U.S. 1065, 130 S. Ct. 2139, 176 L. Ed. 2d 719, 2010 U.S. LEXIS 3473.

April 19, 2010. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

Same case below, 582 F.3d 1083.